Court Exhibit 3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
SAFETY MANAGEMENT SYSTEMS, INC.             :
                                            :   10 Civ. 1593
                               Plaintiff,   :
                                            :
          v.                                :
                                            :
SAFETY SOFTWARE LIMITED,                    :
                                            :
                               Defendant.   :
------------------------------------------- X
                                            :
SAFETY SOFTWARE LIMITED,                    :
                                            :
                  Counterclaim Plaintiff,   :
                                            :
          v.                                :
                                            :
SAFETY MANAGEMENT SYSTEMS, INC., and        :
CHRISTEIN DUCKER,                           :
                                            :
                Counterclaim Defendants.    :
------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 7 2012

## VERDICT FORM

October 18, 2012

**YOUR VERDICT MUST BE UNANIMOUS**

1

## Breach of the License Agreement By SSL

1. Has SMS proven by a preponderance of the evidence that SSL breached the License Agreement?

    YES _____   NO _____

    [If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.]

## SMS' Lost Profits re Customer Revenues

2. Has SMS proven by a preponderance of the evidence that it suffered lost profits?

    YES _____   NO _____

    [If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, proceed to Question 4.]

3. If you answered "Yes" to Question 2, provide the amount of such lost profits: $_____

    [Proceed to Question 4.]

## Breach of the Oral Contract by SSL

4. Has SMS proven by a preponderance of the evidence that it had an oral contract with SSL relating to hosting fees?

    YES _____   NO _____

    [If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, proceed to Question 7.]

2

5.  If you answered "Yes" to Question 4, has SMS proven by a preponderance of the evidence that SSL breached the oral contract?

    YES _____   NO _____

    [If you answered "Yes" to Question 5, proceed to Question 6. If you answered "No" to Question 5, proceed to Question 7.]

6.  If you answered "Yes" to Question 5, what damages has SMS proven it suffered as a result of this breach: $_____

    [After completing Question 6, if you answered "Yes" to Question 4, proceed to Question 9.]

## Quantum Meruit: SMS

Answer the following question only if you did not find that an oral agreement existed between SMS and SSL relating to hosting fees.

7.  Has SMS proven by a preponderance of the evidence that at the time SMS paid for hosting services, SMS understood it would be repaid by SSL?

    YES _____   NO _____

    [If you answered "Yes" to Question 7, proceed to Question 8. If you answered "No" to Question 7, proceed to Question 9.]

8.  If you answered "Yes" to Question 7, please provide the amount of such services: $_____

    [Proceed to Question 9.]

3

### Breach of Contract by SMS

9.  Has SSL proven by a preponderance of the evidence that SMS breached the License Agreement?

    YES _____   NO _____

    [If you answered "Yes" to Question 9, proceed to Question 10. If you answered "No" to Question 9, proceed to Question 11.]

### SSL's Contract Damages

10. If you answered "yes" to Question 9, please provide the amounts, if any, that SSL has proven by a preponderance of the evidence that it is owed relating to SMS' breach(es): $_____

    [Proceed to Question 11.]

### Quantum Meruit: SSL

Answer the questions in this section <u>only if</u> you have found that (a) SMS did <u>not</u> breach the License Agreement and/or (b) certain technical and support services SSL performed were outside the scope of the License Agreement.

11. Has SSL proven by a preponderance of the evidence that at the time it rendered technical and support services to SMS, it understood it would be directly compensated for those services?

    YES _____   NO _____

    [If you answered "Yes" to Question 11, proceed to Question 12. If you answered "No" to Question 11, proceed to Question 14.]

4

12. Has SSL proven by a preponderance of the evidence that it was not adequately compensated for those services?

    YES _____   NO _____

    **[If you answered "Yes" to Question 12, proceed to Question 13. If you have answered "No" to Question 12, proceed to Question 14.]**

13. If you answered "Yes" to Question 12, please write in the reasonable value of those services: $_____

    **[Proceed to Question 14.]**

## Personal Liability Against Christien Ducker

**Answer the following question only if you have found that SMS must pay damages to SSL.**

14. Has SSL proven by a preponderance of the evidence that the corporate veil of SMS should be pierced to reach the personal assets of Christien Ducker?

    YES _____   NO _____

**[GO TO NEXT PAGE]**

After completing the entire form, each juror who agrees with all findings on this verdict sheet must sign (by number):

_____       _____
FOREPERSON

_____       _____

_____       _____

_____       _____


_____
DATE