Court Exhibit 5
10/19/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
SAFETY MANAGEMENT SYSTEMS, INC.            :
                                           :     10 Civ. 1593
                              Plaintiff,   :
                                           :
          v.                               :
                                           :
SAFETY SOFTWARE LIMITED,                   :
                                           :
                              Defendant.   :
------------------------------------------ X
                                           :
SAFETY SOFTWARE LIMITED,                   :
                                           :
                  Counterclaim Plaintiff,  :
                                           :
          v.                               :
                                           :
SAFETY MANAGEMENT SYSTEMS, INC., and       :
CHRISTEIN DUCKER,                          :
                                           :
                  Counterclaim Defendants. :
------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 07 2012

## VERDICT FORM

October 18, 2012

**SEVEN JURORS MUST AGREE ON THE ANSWER TO EACH QUESTION ON THIS VERDICT SHEET; ONE MAY DISAGREE.**

1

## Breach of the License Agreement By SSL

1. Has SMS proven by a preponderance of the evidence that SSL breached the License Agreement?

    YES ✓    NO ____

    [If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.]

## SMS' Claims for Breach of Contract Damages

2. Has SMS proven by a preponderance of the evidence that it has been damaged by one or more breaches of the License Agreement?

    YES ✓    NO ____

    [If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, proceed to Question 4.]

3. If you answered "Yes" to Question 2, provide the amount of damages owed for such breach(es):
    $ 350,000.00

    [Proceed to Question 4.]

## Breach of the Oral Contract by SSL

4. Has SMS proven by a preponderance of the evidence that it had an oral contract with SSL relating to hosting fees?

    YES ____    NO ✓

    [If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, proceed to Question 7.]

2

5. If you answered "Yes" to Question 4, has SMS proven by a preponderance of the evidence that SSL breached the oral contract?

    YES _____   NO _____

    [If you answered "Yes" to Question 5, proceed to Question 6. If you answered "No" to Question 5, proceed to Question 7.]

6. If you answered "Yes" to Question 5, what damages has SMS proven it suffered as a result of this breach:
    $_____

    [After completing Question 6, if you answered "Yes" to Question 4, proceed to Question 9.]

## Quantum Meruit: SMS

Answer the following question only if you did not find that an oral agreement existed between SMS and SSL relating to hosting fees.

7. Has SMS proven by a preponderance of the evidence that at the time SMS paid for hosting services, SMS understood it would be repaid by SSL?

    YES __✓__   NO _____

    [If you answered "Yes" to Question 7, proceed to Question 8. If you answered "No" to Question 7, proceed to Question 9.]

8. If you answered "Yes" to Question 7, please provide the amount of such services which it was not repaid:
    $ 75,000.00

    [Proceed to Question 9.]

3

### Breach of Contract by SMS

9.  Has SSL proven by a preponderance of the evidence that SMS breached the License Agreement?

    YES _____    NO ✓

    [If you answered "Yes" to Question 9, proceed to Question 10. If you answered "No" to Question 9, proceed to Question 12.]

### SSL's Contract Damages

10. If you answered "yes" to Question 9, please provide the amounts, if any, that SSL has proven by a preponderance of the evidence that it is owed relating to SMS' breach(es): $_____

    [Proceed to Question 11.]

11. How much, if any, of the amount listed in Question 10 is related to late royalty payments: $_____

    [Proceed to Question 12.]

### Breach of the Oral Contract by SMS

12. Has SSL proven by a preponderance of the evidence that it had an oral contract with SMS relating to repayment of loans?

    YES _____    NO ✓

    [If you answered "Yes" to Question 12, proceed to Question 13. If you answered "No" to Question 12, proceed to Question 15.]

4

13. If you answered "Yes" to Question 12, has SSL proven by a preponderance of the evidence that SMS breached the oral contract?

    YES _____   NO _____

    [If you answered "Yes" to Question 13, proceed to Question 14. If you answered "No" to Question 13, proceed to Question 15.]

14. If you answered "Yes" to Question 5, what damages has SMS proven it suffered as a result of this breach:
    $_____

    [Proceed to Question 15.]

### Quantum Meruit: SSL

Answer the questions in this section only if you have found that (a) SMS did not breach the License Agreement and/or (b) certain technical and support services SSL performed were outside the scope of the License Agreement.

15. Has SSL proven by a preponderance of the evidence that at the time it rendered technical and support services to SMS, it understood it would be directly compensated for those services?

    YES ✓   NO _____

    [If you answered "Yes" to Question 15, proceed to Question 16. If you answered "No" to Question 15, proceed to Question 18.]

16. Has SSL proven by a preponderance of the evidence that it was not adequately compensated for those services?

    YES ✓   NO _____

    [If you answered "Yes" to Question 16, proceed to Question 17. If you have answered "No" to Question 16, proceed to Question 18.]

5

17. If you answered "Yes" to Question 16, please write in the reasonable value of those services: $ 25,000.00

   [Proceed to Question 18.]


## Personal Liability Against Christien Ducker

Answer the following question only if you have found that SMS must pay damages to SSL.

18. Has SSL proven by a preponderance of the evidence that the corporate veil of SMS should be pierced to reach the personal assets of Christien Ducker?

   YES ✓   NO ___


After completing the entire form, the foreperson should sign below:

_[signature]_
FOREPERSON

October 19, 2012
DATE

6